Doroshawn Witherspoon
Name

701 N 7th St. 7
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Doroshawn Witherspoon, Plaintiff
(Full Name)

v.

Wyandotte County, Defendant(s)

CASE NO. 21-3286-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Doroshawn Witherspoon, is a citizen of Kansas City, KS
   (Plaintiff)                                  (State)
   
   who presently resides at 701 N 7th St
   (Mailing address or place
   Wyandotte County Jail.
   of confinement.)

2) Defendant Wyandotte County Jail is a citizen of
   (Name of first defendant)
   
   Kansas City, KS, and is employed as
   (City, State)
   
   Staff / Judicial. At the time the
   (Position and title, if any)
   
   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
   
   Judicial; Wyandotte County Jail gave me charges that did not validate.

3) Defendant __Wyandotte County Jail__ is a citizen of
   (Name of second defendant)
__Kansas City, KS.__, and is employed as
   (City, state)
__Staff / Judicial__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

__Everytime I'm in custody Wyandotte County Jail consolidates my confinement.__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

__Wyandotte County Jail Neglect and Due Process__

① First claim could not solicate a boisness and use it for evidence. In 2012 - 2015 case. And caused mental distress in my life, and bewildered my life effectively.

② Everytime in custody they always cause glitches, and dates that cannot be obtain or held Responsible for conduct therefore or thereof.

③ This stands out as a conflict of interest of my person, my well-being, and my personal lifestyle in general. It's very construed of the law to have this neglect.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _Freedom of speech; Due Process Speedy trial, citizen_

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_Attorney on case 2012 Bergerhiser Judicial City Court Judge present_

B) (1) Count II: _____

(2) Supporting Facts: _____

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983                3

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:
   Plaintiffs: Wyandotte County Jail
   Defendants: Darshawn Witherspoon

b) Name of court and docket number _____
   Sam A. Crow

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed /

d) Issues raised  Conflict of interest
   consolidation inmate

  e) Approximate date of filing lawsuit   2013   N/A

  f) Approximate date of disposition   2015   N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

  Wrote grievance complaint

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

  Money for mental distress and false incarceration $100,000

_____     Dorshaun W. Therspoon
Signature of Attorney (if any)     Signature of Plaintiff

(Attorney's full address and telephone number)

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983    5